(meaning appellant's auto), more accurately expressed the point of law involved.

The record does not disclose any reversible error, and the judgment is affirmed.

*Judgment affirmed.*

---

### Samuel Freeman, Appellee, v. Chicago & Joliet Electric Railway Company, Appellant.

#### Gen. No. 6,395.   (Not to be reported in full.)

Appeal from the Circuit Court of Will county; the Hon. ARTHUR W. DESELM, Judge, presiding. Heard in this court at the April term, 1917. Affirmed. Opinion filed April 19, 1917. Rehearing denied July 31, 1917.

### Statement of the Case.

Action by Samuel Freeman, plaintiff, against Chicago & Joliet Electric Railway Company, defendant, to recover damages for personal injuries and for injuries to plaintiff's horses and wagon caused by defendant's alleged negligence. From a judgment for plaintiff, defendant appeals.

E. MEERS, for appellant.

SNAPP, HEISE & SNAPP, for appellee.

MR. PRESIDING JUSTICE NIEHAUS delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1410 —*when findings of jury not disturbed.* The jury and trial judge are in the best position to consider and pass upon the question of the credibility of the testimony, and the findings of the jury, approved by the trial judge should not be disturbed on appeal unless they appear to be manifestly against the weight of the evidence.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.